UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DONALD COBB, JR.,

        Plaintiff,

- vs. -

ELI LILLY CO., INC.

        Defendants
-----------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 2 9 2008 ★
BROOKLYN OFFICE

1:06-cv-01468 JBW

STIPULATION OF
VOLUNTARY
DISMISSAL
**WITH PREJUDICE**

All parties agree that all claims made by Plaintiff, DONALD COBB, JR., are dismissed with prejudice, and without costs to either party as against the other.

Dated: February 28th, 2008.

_____
Kenneth W. DeJean
Email: kwdejean@kwdejean.com
P.O. Box 4325
Lafayette, LA 70502
(337) 235-5294
Fax: (337) 235-1095
AND
**Patrick C. Morrow**
Email: pmorrow@mmrblaw.com
Morrow Morrow, et al.
P.O. Drawer 1787
Opelousas, LA 70571-1787
(337) 948-4483
Fax: (337) 942-5234
ATTORNEYS FOR PLAINTIFF

_____ w/ permission
Andrew R. Rogoff
Email: rogoffa@pepperlaw.com
**Matthew J. Hamilton**
Email: hamiltonm@pepperlaw.com
**Nina M. Gussack**
Email: gussackn@pepperlaw.com
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000
Fax: (215) 981-4750
AND
**Susanne M. Burstein**
Email: burstein@chaffe.com
Chaffe, McCall, Phillips, Toler & Sarpy, LLP
2300 Energy Centre
1100 Poydras Street, Suite 2300
New Orleans, LA 70163-2300
AND
**Nicholas M. Kouletsis**
Pepper Hamilton LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08543-5276
ATTORNEYS FOR ELI LILLY & COMPANY

**Close the case**
**So Ordered**

_____  2/29/08
**Jack B. Weinstein**
**Sr. U.S.D.J.**